COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| JAMES LEE HELTON, | § | No. 08-13-00288-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20110D03238) |
| | § | |

# **O R D E R**

The Court GRANTS the District Clerk's request for an extension of time within which to file the Supplemental Clerk's Record until **April 5, 2014.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE SUPPLEMENTAL CLERK'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Norma Favela, District Clerk for the 120th District Court, for El Paso County, Texas, prepare the Supplemental Clerk's Record which was requested in this Court's order dated February 19, 2014 for the above styled and numbered cause, and forward the same to this Court on or before **April 5, 2014.**

IT IS SO ORDERED this 19th day of March, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.